UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PEDRO FONTANES,

               Plaintiff,

        v.

251 CHURCH STREET LLC and TWO HANDS
TRIBECA, LLC,

               Defendants.
------------------------------------------------------------------x

Case #: 17-CV-2451

**STIPULATION OF
DISCONTINUANCE**

      **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff,

Pedro Fontanes ("Plaintiff") and counsel for Defendants 251 Church Street, LLC and Two Hands

Tribeca, LLC (Defendants), that all claims asserted by Plaintiff against the Defendants in this

action are dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

Dated: New York, New York
      June 15 2017

LEE N. JACOBS (LJ-1800)
Helbraun & Levey LLP
Attorney for Defendants
110 William St., Ste. 1410
New York, NY 10038
Tel: (212) 219-1193
lee@helbraunlevey.com

ISMAIL S. SEKENDIZ (IS-0509)
Sekendiz Law Firm P.C.
Attorney for Plaintiff
45 Broadway, Suite 1420
New York, New York 10006
Tel: (212) 380-8087
isinan@hotmail.com